JOSEPHINE PARKAS, Appellant, *v.* PETER PARKAS, Respondent.

Submitted October 6, 1941; decided October 16, 1941.

Motion for reargument denied. (See 285 N. Y. 155.)

WISE & CO., INC., Appellant, *v.* WECOLINE PRODUCTS, INC., Respondent.

Submitted October 6, 1941; decided October 16, 1941.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 286 N. Y. 365.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GEORGE TRUEHART, ELI TRUEHART and JOHN HORTON, Appellants.

Argued October 6, 1941; decided October 16, 1941.

*James Gibson, Jr., District Attorney (John H. Dewell* of counsel), for motion.

*Frank C. Briggs* opposed.

Motion granted and appeal dismissed.